# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **PAMELA JANE MATHENEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:14-cv-01572** |
| **v.** | ) | |
| | ) | **Judge Trauger** |
| **NANCY BERRYHILL,**[1] | ) | **Magistrate Judge Frensley** |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The court hereby **VACATES** the referral to the magistrate judge. For the reasons set forth in the accompanying Memorandum, the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 9) is **DENIED** and the decision of the Social Security Administration is **AFFIRMED**.

The case is **DISMISSED** and the Clerk is directed to **CLOSE** the file.  This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____

ALETA A. TRAUGER
United States District Judge

---

[1] Nancy Berryhill became Acting Commissioner for Social Security on January 23, 2017.